# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 3, 2014

### NO. 03-13-00139-CV

**John Forsyth, Appellant**

**v.**

**Wachovia Mortgage Company; Residential Credit Solutions, Inc.; Mortgage Electronic Registration Systems (MERS); FV REO 1, LLC; and Timothy J. Harvard, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on January 23, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.